EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte | |
|---|---|
| | 2011 TSPR 171 |
| | 183 DPR ____ |
| Elmer Ramírez Vincenty | |

Número del Caso: AB-2006-160

Fecha: 10 de noviembre de 2011

Materia: Conducta Profesional- La suspensión será efectiva el 14 de noviembre de 2011 fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Elmer Ramírez Vicenty

AB-2006-0160

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de noviembre de 2011.

Atendido el Informe del Comisionado Especial, se separa involuntariamente del ejercicio de la abogacía y la notaría al Lcdo. Elmer Ramírez Vicenty, efectivo inmediatamente. Regla 15 del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-A. Esto no es un desaforo sino una medida especial de protección social. Además, se ordena a la Directora de Inspección de Notaría que complete el trámite de archivo de la obra notarial del licenciado Ramírez Vicenty.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco y los Jueces Asociados señor Kolthoff Caraballo, señor Rivera García y señor Feliberti Cintrón no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo